# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICKY A. CHASTAIN & DENISE S. CHASTAIN  Case Number: 04-74575
6145 WINDMILL LANE  SSN-xxx-xx-7987 & xxx-xx-0923
MACHESNEY PARK, IL  61115

Case filed on: 9/15/2004
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $60,324.91          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 999 | RICKY A. CHASTAIN | 0.00 | 0.00 | 5,017.64 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 5,017.64 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FIRST NORTHERN CREDIT UNION | 7,350.00 | 7,350.00 | 7,350.00 | 247.29 |
|  | Total Secured | 7,350.00 | 7,350.00 | 7,350.00 | 247.29 |
| 002 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,980.41 | 1,980.41 | 1,980.41 | 0.00 |
| 004 | FIRST NORTHERN CREDIT UNION | 3,843.82 | 3,843.82 | 3,843.82 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 8,074.45 | 8,074.45 | 8,074.45 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 7,266.91 | 7,266.91 | 7,266.91 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 8,988.41 | 8,988.41 | 8,988.41 | 0.00 |
| 008 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 315.50 | 315.50 | 315.50 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 5,346.41 | 5,346.41 | 5,346.41 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 6,396.80 | 6,396.80 | 6,396.80 | 0.00 |
|  | Total Unsecured | 42,212.71 | 42,212.71 | 42,212.71 | 0.00 |
|  | Grand Total: | 51,462.71 | 51,462.71 | 56,480.35 | 247.29 |

Total Paid Claimant: $56,727.64
Trustee Allowance: $3,597.27
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan